son, C.J., concurred in by Thompson, J., and Hopkins, J. Pro Tem.

[No. 5786–1–III.  Division Three.  December 13, 1984.]

HENRY VERRA MERCADO, *Appellant,* v. ROBERT R. RUPP, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 82–2–01022–4, Fred R. Staples, J., entered April 12, 1983. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Thompson, J., and Hopkins, J. Pro Tem.

[No. 11097–7–I.  Division One.  December 17, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID DENA, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–02176–6, Horton Smith, J., entered November 18, 1981. *Reversed* and *remanded* by unpublished opinion per Corbett, A.C.J., concurred in by Williams, J.

[Nos. 11336–4–I; 11354–2–I.  Division One.  December 17, 1984.]

JAMES M. SCOTT, *Respondent,* v. CANADIAN AMERICAN MINING CO., INC., ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for King County, No. 826446, David C. Hunter, J., entered January 15, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Scholfield, JJ.

[No. 11389–5–I.  Division One.  December 17, 1984.]

JOE ANDERSON, *Respondent,* v. FISHER PROPERTIES, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 80–2–18282–0, Oluf Johnsen, J. Pro Tem., entered February 18, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Ringold and Scholfield, JJ.